IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KYLE AUSTIN, | CV-15-88-GF-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| WALMART STORES, INC., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that telephonic status conference set for Thursday, December 15, 2016 is **VACATED and RESET** for **Thursday, January 19, 2017 at 1:30 p.m.** The Court will contact the parties with the call in number.

DATED this 14th day of December, 2016.

Brian Morris
United States District Court Judge