# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KYLE AUSTIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC.<br><br>　　　　Defendant. | Case No. 4:15-cv-00088<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Stipulation to Dismiss with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorneys' fees.

Dated this 28th day of March, 2017.

_____
Brian Morris
United States District Court Judge

1